

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2014

No. 04-14-00343-CV

**EXLP LEASING LLC** and EES Leasing  LLC,
Appellants

v.

**WEBB COUNTY APPRAISAL DISTRICT** and United Independent School District,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CV-8000073-D4
Honorable Oscar J Hale, Jr., Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Reply Brief is GRANTED.  The appellant's reply brief is due on December 17, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2014.

_____
Keith E. Hottle
Clerk of Court